**Errol John MUMBY, Appellant,**

v.

**STATE of Florida, Appellee.**

**No. 2D16–1879.**

District Court of Appeal of Florida, Second District.

Oct. 19, 2016.

Errol John Mumby, pro se.

PER CURIAM.

Affirmed. *See McDonald v. State,* 133 So.3d 530 (Fla. 2d DCA 2013); *Doby v. State,* 25 So.3d 598 (Fla. 2d DCA 2009); *Hughes v. State,* 22 So.3d 132 (Fla. 2d DCA 2009); *Carpenter v. State,* 884 So.2d 385 (Fla. 2d DCA 2004); *Boyd v. State,* 880 So.2d 726 (Fla. 2d DCA 2004); *Brown v. State,* 827 So.2d 1054 (Fla. 2d DCA 2002); *Williams v. State,* 907 So.2d 1224 (Fla. 5th DCA 2005).

KHOUZAM, SLEET, and LUCAS, JJ., Concur.